320

No. 55067.—D. Aboudi et al. v. United States, protests 120602–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55068.—A. Schulman, Inc. v. United States, protests 132151–K, etc. (Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55069.—C. J. Tower & Sons v. United States, protests 132423–K, etc. (Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55070.—Jos. Tulchinsky v. United States, protests 133669–K, etc. (Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.